UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UMBERTO DAMIAN MERAZ                                      CASE NO. 20-cv-846-SDD-SDJ

VERSUS

SPECIALTY INDUSTRIAL, LLC and
WILLIAM CARMOUCHE

## ORDER

CONSIDERING THE FOREGOING STIPULATION OF VOLUNTARY DISMISSAL:

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause is hereby dismissed, with prejudice.

Baton Rouge, Louisiana this __5th__ day of April, 2022.

_____
**JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**